PROB 12A
(6/21)

# United States District Court

## for

## District of New Jersey

## Report on Individual Under Supervision

Name of Individual Under Supervision: Richard Pepe                                         Cr.: 15-00471-001
                                                                                           PACTS #: 1782512

Name of Sentencing Judicial Officer:   THE HONORABLE JEROME B. SIMANDLE
                                       SENIOR UNITED STATES DISTRICT JUDGE
                                       (Reassigned to the Hon. Robert B. Kugler on January 14, 2021)

Date of Original Sentence: 06/08/2017

Original Offense:   Count One: Conspiracy to Commit Bank Fraud, 18 U.S.C. § 371 [18 U.S.C. § 1344]
                    Count Two: Fraud and False Statements, 26 U.S.C. § 7206(1)

Original Sentence: 60 months imprisonment on Count 1, 36 months on Count 2 (to be served concurrently), 3 years supervised release on Count 1, 1 year supervised release on Count 2 (to be served concurrently)

Special Conditions: Drug Treatment, Financial Disclosure, Cooperate with IRS, No New Debt/Credit, Self-Employment/Business Disclosure, Substance Abuse Testing, Alcohol Restrictions, Alcohol Treatment, Restitution - $5,500,000

Type of Supervision: Supervised Release                         Date Supervision Commenced: 12/12/2020

## NONCOMPLIANCE SUMMARY

The individual under supervision has not complied with the following condition(s) of supervision:

| Violation Number | Nature of Noncompliance |
| --- | --- |
| 1 | Failure to Satisfy Financial Obligation |

U.S. Probation Officer Action:

Throughout Pepe's term of supervision, he paid $1,075 towards his restitution. He is compliant with the court-ordered monthly minimum payment of $25. Pepe's term of supervision is due to expire on December 11, 2023, with an outstanding balance of $5,498,925. The Financial Litigation Unit of the United States Attorney's Office in the District of New Jersey was notified of the expiration of supervision. They have a standing order for garnishment of the person under supervision's earnings and all future income tax refunds via the Treasury Offset Program (TOP).

The Probation Office respectfully recommends the supervision term be permitted to expire as scheduled since the restitution order remains as a final judgment, pursuant to Title 18, U.S.C. Sections 3554 & 3613.

Prob 12A – page 2
Richard Pepe

Respectfully submitted,

SUSAN M. SMALLEY, Chief
U.S. Probation Officer

By:   ANTHONY M. STEVENS
Supervising U.S. Probation Office

/ kni

PREPARED BY:

_____   11/17/2023
KELSEY N. IMMENDORF                  Date
U.S. Probation Technician

**Please check a box below to indicate the Court's direction regarding action to be taken in this case:**

☑ Allow Supervision to Expire as Scheduled on December 11, 2023 (as recommended by the U.S. Probation Office)

☐ Submit a Request for Modifying the Conditions or Term of Supervision

☐ Submit a Request for Warrant or Summons

_____
Signature of Judicial Officer

_____November 17, 2023_____
Date